# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Southern Division
### Docket No. 7:05-CR-32-1FL

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | |
| **vs.** | ) | **Order on Remand** |
| | ) | |
| **Chad Everette Burgess** | ) | |

On February 24, 2006, Chad Everette Burgess appeared before the Honorable Louise W. Flanagan, U.S. District Judge in the Eastern District of North Carolina, and upon a plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute More Than 500 Grams of Cocaine and a Quantity of Marijuana, 21 U.S.C. §§ 846 and 841(a)(1), and Possession of a Firearm During and in Relation to a Drug Trafficking Crime, 18 U.S.C. § 924(c), was sentenced to the custody of the Bureau of Prisons for a term of 79 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 60 months upon release from imprisonment. Chad Everette Burgess was released from custody and the term of supervised release commenced on May 9, 2011.

On October 16, 2012, Chad Everette Burgess appeared before the court with counsel, at which time the court found the defendant had violated the terms and conditions of the judgment. The court revoked the term of supervised release and imposed a 60-month term of imprisonment.

Pursuant to the mandate of the Fourth Circuit Court of Appeals on remand, **IT IS NOW ORDERED** that the term of imprisonment is hereby reduced to 48 months.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

This the 7th day of May, 2013.

Louise W. Flanagan
U.S. District Judge